UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BYRON EVANS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 2:13-0106 |
| v. | ) | Judge Sharp/Brown |
| | ) | |
| SMITH COUNTY SHERIFF'S | ) | |
| DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

The Plaintiff has sent the court a notice of change of address because of his release from the Putnam County Jail (Docket Entry 8). In filing anything with the court the Plaintiff should use a heading similar to the one in this order, and once the Defendants have been served, the Plaintiff must send a copy of anything he files with the court to opposing counsel.

Since the Plaintiff is proceeding in *forma pauperis*, any amendment to his complaint must be reviewed to see if it states a potential cause of action or claim. The Plaintiff's original complaint is 64 pages long. It is extremely difficult to follow and will undoubtedly be subject to various motions to dismiss once the four named Defendants are served and have an opportunity to respond.

If the Plaintiff wishes to file an amended complaint he should file a single document with all of his complaints listed. Rule 8 of the Federal Rules of Civil Procedure states that a complaint should be a short and simple statement of the court's

jurisdiction, the facts which give rise to a cause of action against a named defendant, and a statement of the particular relief requested. The complaint should be broken down into paragraphs with each paragraph given a separate number. If the Plaintiff files such an amended complaint the Magistrate Judge will then have to review the matter to see if it qualifies under 28 U.S.C. § 1915(e)(2).

It appears that summonses were issued for the four named Defendants in this matter on November 1, 2013. Once the summonses have been returned showing they have been executed and the Defendants have responded the Magistrate Judge will set a scheduling conference or a scheduling order in this matter.

The Plaintiff is cautioned that the more individuals he adds to a complaint and the more allegations he makes the longer it will take to resolve any portion of his case.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge